**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-11-1691-PHX-PGR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Moses Vidana, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

A pretrial revocation hearing on the petition on violation of release conditions pursuant to Title 18, U.S.C. § 3142 was held on June 27, 2013.

**THE COURT FINDS** that by clear and convincing evidence that the Defendant has violated the terms and conditions of his pretrial release as alleged in the petition.

**THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide by conditions of release if he were released a fourth time.

**IT IS ORDERED** that Defendant shall be detained until further order of the court.

DATED this 27th day of June, 2013.

Lawrence O. Anderson
United States Magistrate Judge